JACQLENE C. HALL, an Infant, by Her Mother and Natural Guardian, SABRINA C. TOLBERT, et al., Appellants, v NEW YORK CITY BOARD OF EDUCATION, Respondent. [918 NYS2d 875]—

The verdict was based upon a fair interpretation of the evidence (see generally McDermott v Coffee Beanery, Ltd., 9 AD3d 195, 206 [2004]). The jury was presented with conflicting expert testimony and issues respecting infant plaintiff's credibility and its resolution of such issues is entitled to deference (id. at 206-207). Furthermore, the record presents ample evidence from which the jury could fairly infer that infant plaintiff did not sustain any psychological injuries as a result of the incident (see Rivera v City of New York, 40 AD3d 334, 343-344 [2007].) Concur—Saxe, J.P., Friedman, Acosta, DeGrasse and Richter, JJ.